EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Assistant U.S. Attorney
Violent Crime Chief

MARSHALL SILVERBERG # 5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 2 2003

at 4 o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 03-00516 HG |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | Count 1: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(vii) |
| ANDY K. TAKATA, | ) | Count 2: 18 U.S.C. § 924(c)(1) |
| Defendant. | ) | Count 3: 18 U.S.C. §§ 922(k) & 924(a)(1)(B) |

### INDICTMENT

#### COUNT 1
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(vii))

The Grand Jury charges that:

On or about July 29, 2003, in the District of Hawaii, the defendant ANDY K. TAKATA did knowingly and intentionally possess with intent to distribute in excess of five grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(vii).

## COUNT 2
(18 U.S.C. § 924(c)(1))

The Grand Jury further charges that:

On or about July 29, 2003, in the District of Hawaii, the defendant ANDY K. TAKATA did knowingly and intentionally possess firearms, to wit, a Taurus PT-92 9mm semi-automatic pistol, with an obliterated serial number, and One High Standard .22 caliber Magnum Derringer, model DM-101, bearing serial number 2204650, in furtherance of a drug trafficking crime, that is, the drug trafficking crime charged in Count 1 of this Indictment, which is realleged and incorporated by reference herein.

All in violation of Title 18, United States Code, Sections 924(c)(1).

## COUNT 3
(18 U.S.C. §§ 922(k), 924(a)(1)(B))

The Grand Jury further charges that:

On or about July 29, 2003, in the District of Hawaii, the defendant ANDY K. TAKATA did knowingly possess a firearm, to wit, a Taurus 9mm, Model PT-92, from which the manufacturer's serial number had been removed and obliterated, with such firearm previously having been transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

DATED: October 22, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney


UNITED STATES v. ANDY K. TAKATA
Cr. No.        (Indictment)